UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| TERRY LEE OLSON,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 2:13-cv-253-JPH<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED.**  Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED:   April 4, 2014

　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　Deputy Clerk